UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RONNIE J. SPILLER,
        Plaintiff,

v.                                           Case No. 07-C-327

JJJ PROFESSIONAL CLEANING
SERVICES BY SEIFI LLC,
        Defendant.

## ORDER

Plaintiff filed this case on April 5, 2007. Pursuant to Fed. R. Civ. P. 4(m) plaintiff had 120 days from filing within which to effect service of the complaint upon the defendant. That time period expired on August 3, 2007, yet no proof of service has been submitted to the court to date. As no service appears to have been effected within the 120-day period, Rule 4(m) and Civil L.R. 41.1 allow me to dismiss the case without prejudice upon my own initiative after twenty days notice. This order gives plaintiff that notice and will allow him a brief extension to secure service and file appropriate proof thereof.

**THEREFORE IT IS ORDERED** that plaintiff has twenty-one (21) days from the date of this order within which to serve defendant <u>and</u> file proof of that service with the clerk of court. Plaintiff is hereby put on notice that if he fails to comply with this order this case will be dismissed.

Dated at Milwaukee, Wisconsin, this 7 day of August, 2007.

                                                            /s_____
                                                            LYNN ADELMAN
                                                            District Judge